UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ALBERT BOMER #109609, | ) |
| Plaintiff, | ) Case No. 2:05-cv-59 |
| v. | ) HON. RICHARD ALAN ENSLEN |
| G. DANLEY, | ) **ORDER DENYING LEAVE TO PROCEED** |
| | ) **IN FORMA PAUPERIS ON APPEAL** |
| Defendant. | ) |

Plaintiff Albert Bomer, a state prisoner incarcerated at Oaks Correctional Facility, filed a complaint pursuant to 42 U.S.C. § 1983. On April 18, 2005 (Dkt. No. 3), the Court entered an order denying him leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff has now filed an appeal of that order (Dkt. No. 4), but has failed to submit the $255.00 filing fee. As outlined in the Court's Opinion and Order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has thirty days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $255.00, to the Clerk of this Court. Plaintiff's failure to comply with this Order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

DATED in Kalamazoo, MI:
    June 9, 2005

      /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
229 Federal Building
202 W. Washington St.
Marquette, MI 49855

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**